IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHELLE ROBY,

    Plaintiff,

v.                                 CASE NO. 4:14cv59-RH/CAS

BELKS, INC. (DE),

    Defendant.

_____/

ORDER GRANTING LEAVE TO
WITHDRAW—KIMBRELL AND MATTOX

The attorneys Jamie M. Kimbrell and Marie A. Mattox have moved for leave to withdraw as counsel for the plaintiff Michelle Roby.  The motion does not indicate whether Ms. Roby intends to proceed *pro se*—that is, to represent herself—or intends to retain a new attorney.  Upon consideration,

IT IS ORDERED:

1. The motion for leave to withdraw, ECF No. 12, is GRANTED, effective upon the filing of the notice required by paragraph 2 below.

2. Ms. Kimbrell and Ms. Mattox must immediately file a notice listing Ms. Roby's last-known address and last-known telephone number (if any).

Case No. 4:14cv59-RH/CAS

3. If Ms. Roby wishes to be represented by an attorney, she must cause the attorney to file an appearance by June 20, 2014.

4. Unless an attorney appears for Ms. Roby, she will be deemed to be proceeding *pro se*, that is, representing herself.

5. A party may file by June 20, 2014, a motion to amend the existing schedule. Unless a timely motion is filed and granted, the case will go forward on the existing schedule.

6. The trial remains scheduled for the two-week trial period beginning Monday, October 6, 2014.

7. The clerk must provide a copy of this order to Ms. Roby herself by mail (at the address shown in the notice that will be filed under paragraph 2) and to the attorneys through the court's electronic filing system.

SO ORDERED on May 9, 2014.

                                  s/Robert L. Hinkle
                                  United States District Judge